FILE COPY



# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
TERRIE LIVINGSTON

JUSTICES
LEE ANN DAUPHINOT
ANNE GARDNER
SUE WALKER
BILL MEIER
LEE GABRIEL
BONNIE SUDDERTH

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196-0211

TEL: (817) 884-1900

FAX: (817) 884-1932

www.txcourts.gov/2ndcoa

CLERK
DEBRA SPISAK

CHIEF STAFF ATTORNEY
LISA M. WEST

GENERAL COUNSEL
CLARISSA HODGES

April 29, 2015

Probate Clerk, Tarrant County
Tarrant County Courthouse
100 W. Weatherford St., Rm. 260A
Fort Worth, TX 76196-0241
* DELIVERED VIA E-MAIL *

Christy L. Lee
Law Offices of Christy Lee, PC
777 Main Street, Ste. 600
Fort Worth, TX 76102
* DELIVERED VIA E-MAIL *

Tim G. Sralla
Taylor, Olson, Adkins, et al.
6000 Western Place, Ste. 200
Fort Worth, TX 76107
* DELIVERED VIA E-MAIL *

W. Michael Wiist
Bakutis, McCully & Sawyer, P.C.
500 W. Seventh St., Ste. 725
Fort Worth, TX 76102
* DELIVERED VIA E-MAIL *

Hon. David L. Evans
Regional Presiding Judge
Tim Curry Criminal Justice Center
401 W. Belknap
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

Daniel Unger
I F€ÁŒ å^¦•[ } ÁÔ[ ˇ } ĉ ÄÜ[ æåÁÍ I
Úa¶^•ca} ^ÑÁVÝÁ Í Ì €F

Hon. Patrick Ferchill
Judge, Probate Court No. 2
Tarrant County Courthouse
100 W. Weatherford Street
Fort Worth, TX 76102
* DELIVERED VIA E-MAIL *

Earl A. Hargrave
Hargrave Law, P.C.
750 Pipeline Ct., Ste. 107
Hurst, TX 76053
* DELIVERED VIA E-MAIL *

RE: Court of Appeals Number: 02-15-00070-CV
   Trial Court Case Number: 2005-0000126-2-D

Style: In re Howard Kirk Gibbs

   Today the Second Court of Appeals issued an opinion in the above-referenced cause.

   Copies of the opinion are attached and can also be viewed on our Court's webpage at: http://www.txcourts.gov/2ndcoa.

           Respectfully yours,

FILE COPY

DEBRA SPISAK, CLERK

*Debra Spisak*

FILE COPY